# EXHIBIT 1

 **Outlook**

## Information regarding your Amazon Account

发件人 Amazon <no-reply-notice-outreach@amazon.com>
日期 周五 2025/4/25 1:42
收件人 mammotion_official@outlook.com <mammotion_official@outlook.com>

Hello,

We received a report from a rights owner that claims the items at the end of this email infringe their utility patent rights. We consider allegations of intellectual property infringement a serious matter. We have provided the rights owner's contact information below:

-- Michael Letsky
-- mike@futuregenrobotics.com
-- Patent number: 8428776,8706297, & 10485164

Please work directly with the rights owner to resolve this dispute. We encourage you to resolve this dispute promptly. Failure to do so may result in removal of your offers or your Amazon.com selling privileges.

ASIN: B0DT6CBLJW
Title: Mammotion YUKA 2000 Robot Lawn Mower with 4G, Reception 0.5 Acre,Max. 0.7 Acre, Ultrasense AI Vision & RTK, Auto Mapping & App Control,45% Slope,Wireless Perimeter,Dual Cutting Discs, 20 Mowing Zones
ASIN: B0DWS1Q9KP
Title: Mammotion LUBA Mini AWD 800H Robot Lawn Mower with 4G, Reception 0.2 Acre, Max. 0.25 Acre, All-Wheel-Drive for 80% Slope, UltraSense AI Vision+RTK Auto-Mapping, Cutting Height 2.2"-4.0"
ASIN: B0DWMCJ81J
Title: Mammotion YUKA Mini 500H Robotic Lawn Mower Reception 0.12 Acre, Max. 0.17 Acre, Ultrasense AI Vision+ RTK Positioning, Auto Mapping, App Control, 50% Slope, Cutting Height 2''~3.5'', 15 Mowing Zones

Complaint ID: 17643233491

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com